UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD GEORGE HALEY,

    Petitioner,

    v.

SHERIFF FREITAS,

    Respondent.

Case No. 15-cv-03786-HSG (PR)

**JUDGMENT**

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus after he exhausts state court remedies as to each claim contained in his new petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 1/19/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge